Argued and submitted December 20, 1979,
reversed January 14, 1980

KILGORE,
*Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND,
*Respondent.*

(WCB No. 77-6272, CA 15402)

604 P2d 457

Rick McCormick, Albany, argued the cause for petitioner. On the brief were J. David Kryger, and Emmons, Kyle, Kropp & Kryger, Albany.

Darrell E. Bewley, Associate Counsel, SAIF Legal Services, Salem, argued the cause for respondent. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, SAIF Legal Services, Salem.

Before Buttler, Presiding Judge, and Gillette and Roberts, Judges.

PER CURIAM

## PER CURIAM

Our review of the record leads us to conclude, as did the referee, that claimant is permanently and totally disabled. Since the question is purely factual, we see no useful purpose in publishing an extended opinion. *See Hoag v. Duraflake,* 37 Or App 103, 585 P2d 1149, *rev den* 284 Or 521 (1978); *Bowman v. Oregon Transfer Company,* 33 Or 241, 576 P2d 27 (1978).

Reversed.